# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

| | |
|---|---|
| GOLFETTO, S.p.A., | * |
| Plaintiff(s) | * Civil Action No. L-00-493 |
| vs. | * |
| | * ___✓___ FEE PAID |
| CONAGRA, INC. & CONAGRA FLOUR MILLING COMPANY, | * |
| | * _____ FEE NOT PAID (SEND LETTER) |
| Defendant(s) | * |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __James E. Edwards, Jr.__ Esquire a member of the Bar of this court, moves the admission of __A. H. Gaede, Jr.,__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __GOLFETTO, S.p.A.__

FILED _____ ENTERED
_____ LODGED _____

MAR 2 1 200_

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Alabama__

CLERK U.S. DISTRICT
DISTRICT OF MARYLAND
BY _____ DEPUTY

and/or the following United States Court(s): __U.S.D.C., N.D. Ala.; U.S.C.A. (5th Circuit); U.S.C.A. (11th Circuit); U.S. Supreme Court of Alabama; U.S. Claims Court, Alabama__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or John Anthony Wolf, Esquire and James E. Edwards, Jr., Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:
Signature: James E. Edwards, Jr.
OBER, KALER, GRIMES & SHRIVER, P.C.
Address: 120 East Baltimore Street
Baltimore, MD  21202-1653

(410) 685-1120
Office phone number

(410) 547-0699
Fax number

Md. U.S. District Court Number

PROPOSED ADMITTEE:
Signature: A.H. Gaede, Jr.
BRADLEY ARANT ROSE & WHITE LLP
Address: 2001 Park Place, Suite 1400
Birmingham, AL  35203-2736

(205) 521-8000
Office phone number

(205) 521-8800
Fax number

**ORDER**

Motion _____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

Dated: 3/21/00

Judge, U.S. District Court

ORIGINAL