IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GOLFETTO, S.p.A., | * |
| | * |
| Plaintiff(s) | * Civil Action No. L-00-493 |
| vs. | * ___ ✓ FEE PAID |
| | * |
| CONAGRA, INC. & CONAGRA FLOUR MILLING COMPANY, | * ___ FEE NOT PAID (LETTER) |
| | * |
| Defendant(s) | * |

MAR 21 2000
CLERK'S OFFICE
DISTRICT OF MARYLAND

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __James E. Edwards, Jr.,__ Esquire a member of the Bar of this court, moves the admission of __F. M. Haston, III,__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __GOLFETTO, S.p.A.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Alabama__

and/or the following United States Court(s): __U.S.D.C., N.D. Ala.; U.S.D.C., M.D. Ala.; U.S.D.C., S.D. Ala.; U.S.C.A. (11th Circuit)__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/1/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or John Anthony Wolf, Esquire and James E. Edwards, Jr., Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:  
_____  
Signature   James E. Edwards, Jr.  
OBER, KALER, GRIMES & SHRIVER, P.C.

Address 120 East Baltimore Street  
        Baltimore, MD   21202-1653

(410) 685-1120  
Office phone number

(410) 547-0699  
Fax number

PROPOSED ADMITTEE:  
_____  
Signature   F.M. Haston, III  
BRADLEY ARANT ROSE & WHITE LLP

Address 2001 Park Place, Suite 1400  
        Birmingham, AL   35203-2736

(205) 521-8000  
Office phone number

(205) 521-8800  
Fax number

_____  
Md. U. S. District Court Number

## ORDER

Motion  ____✓____  GRANTED

Motion  _____  GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion  _____  DENIED

3/21/00                                   _____  
Dated                                     Judge, U. S. District Court