IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | | |
|---|---|---|
| GOLFETTO, S.p.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. L00cv493 |
| | ) | |
| CONAGRA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF WILLIAM F. HARGENS

Pursuant to Local Rule 101.1(b) of this Court, William J. Murphy, a member of the bar of this Court, moves the admission of William F. Hargens, Esquire, to appear *pro hac vice* in the captioned proceeding as counsel for defendant ConAgra, Inc.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bar of the State of Nebraska, the United States Courts of Appeals for the Sixth and Eighth Circuits, and the United States District Court for the District of Nebraska.

2. During the 12 months immediately preceding the filing of this Motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal

Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

     5. Co-counsel for the proposed admittee in this proceeding will be the undersigned or John J. Connolly, Esquire, who have been formally admitted to the Bar of this Court.

     6. It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

     7. Counsel has tendered the $50.00 filing fee to the Clerk of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| William J. Murphy (#00497) | William F. Hargens |
| MURPHY & SHAFFER | McGRATH, NORTH, MULLIN & KATZ, P.C. |
| Ninth Floor, 100 Light Street | Suite 1400 One Central Park Plaza |
| Baltimore, Maryland 21202 | 222 South Fifteenth Street |
| (410) 783-7000 | Omaha, Nebraska 68102 |
| (410) 783-8823 (fax) | (402) 341-3070 |
|  | (402) 341-0216 (fax) |

## ORDER

MOTION _____ GRANTED

MOTION __X__ GRANTED (subject to payment of $50.00 filing fee to Clerk of Court)

MOTION _____ DENIED

DATE: 3/31/00

_____
Judge, U.S. District Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 17th day of March, 2000, I caused copies of the foregoing Motion for Admission Pro Hac Vice of William F. Hargens to be sent by first-class, postage-prepaid mail to:

>John Anthony Wolf, Esquire
>James E. Edwards, Esquire
>Ober, Kaler, Grimes & Shriver
>120 East Baltimore Street
>Baltimore, MD 21202-1643
>
>A.H. Gaede, Jr., Esquire
>Fred M. Haston, III, Esquire
>Bradley Arant Rose & White LLP
>2001 Park Place, Suite 1400
>Birmingham, Alabama 35203-2736

_____
William J. Murphy