IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| GOLFETTO, S.p.A., | Civil Action No. L00CV493 |
| Plaintiff, | |
| vs. | AMENDED SCHEDULING ORDER |
| CONAGRA, INC. and CONAGRA FLOUR MILLING COMPANY, | |
| Defendants. | |

1) Upon consideration of the parties' Joint Motion for Amended Scheduling Order, the Court grants said motion and, accordingly, all of the deadlines contained in the current Scheduling Order are hereby extended by a period of thirty (30) days.

2) The parties will report to Magistrate Judge Bredar regarding the status of their settlement negotiations no later than May 17, 2000.

SO ORDERED.

Date: 4/23/00

_____
HON. BENSON EVERETT LEGG
United States District Court Judge
District of Maryland

3) Judge Bredar, if the case does not settle at or before the settlement conference, is requested to confer with counsel and issue a revised scheduling order. (BEL)

cc: Judge Bredar